IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KIMBERLY KLINE-PARRIS,

    Plaintiff,

vs.                                                         1:10-cv-00111-MP-GRJ

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____/

## ORDER

Pending before the Court is Defendant's Motion For Enlargement Of Time. (Doc. 18.) Defendant requests a thirty day extension of time to file his response to Plaintiff's Memorandum. The current deadline for filing Defendant's response memorandum is November 25, 2010. Pursuant to Local Rule 7.1(B), counsel certifies that Plaintiff's counsel does not object to the requested relief.

Accordingly, upon due consideration, Defendant's Motion For Enlargement Of Time (Doc. 18) is **GRANTED**. Defendant shall file his response memorandum by **December 27, 2010**.

**DONE AND ORDERED** this 22nd day of November, 2010.

                                             *s/ Gary R. Jones*
                                             GARY R. JONES
                                             United States Magistrate Judge